# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CARLOS RUIZ CASTILLO (2),<br><br>Defendant. | Case No.: 23-CR-2395-LAB<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Information (ECF No. 30) as to defendant #2 is hereby GRANTED. The Information as to defendant Carlos Ruiz Castillo is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 2/8/2024

_____
HON. LARRY ALAN BURNS
United States District Judge